IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILFREDO VILLALTA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV386 |
| | ) | |
| v. | ) | |
| | ) | |
| JONATHAN WALLER, JASON SLOSSON, CHRISTOPHER DUFFEK, DILLON COMPANIES and CITY OF OMAHA, | ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

Plaintiff's motion for extension of deadlines and trial date, filing 51, is granted in part and,

1. Jury trial is continued from August 1 to 9:00 a.m., November 28, 2005 for a duration of four days before the Honorable Richard G. Kopf in the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, **Omaha**, Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week as well as Hill v. Emergency Dental, 8:04cv613; Slayton v. Midland, 8:05cv110; Ray v. Tyson, 8:05cv113; and Perez v. Sony, 8:04cv608. Jury selection will be held at commencement of trial.

2. The pretrial conference will be held October 17, 2005 at 9:00 a.m. before the undersigned magistrate judge in the chambers of the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, **Omaha**, Nebraska.

3. The deposition deadline is continued to October 3, 2005, and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

4. All other provisions of the court's order setting this case for trial shall remain in effect.

Dated May 4, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge