IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILFREDO VILLALTA, | ) | 8:04CV386 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JONATHAN WALLER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Inasmuch as Plaintiff has filed a third amended complaint with court approval,

IT IS ORDERED that Defendant City of Omaha's motion to dismiss portions of the second amended complaint (filing 33) is denied without prejudice, as moot.

DATED: May 27, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge