```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| WILFREDO VILLALTA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV386 |
| | ) | |
| v. | ) | |
| | ) | |
| JONATHAN WALLER, JASON SLOSSON, CHRISTOPHER DUFFEK, DILLON COMPANIES and CITY OF OMAHA, | ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

On the court's own motion,

IT IS ORDERED:

The pretrial conference is rescheduled from October 17 to October 13, 2005 at 10:00 a.m. in the 4th Floor Conference Room, Roman L. Hruska United States Courthouse, **Omaha**, Nebraska.

DATED this 15th day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge