IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

WILFREDO VILLALTA,

        Plaintiff,

    v.

JONATHAN WALLER, CHRISTOPHER DUFFEK, JASON SLOSSON, Individually, and DILLON COMPANIES, INC., d/b/a BAKER'S SUPERMARKETS,

        Defendants.

CASE NO: 8:04-CV-386

**MEMORANDUM AND ORDER**

    IT IS ORDERED that Defendants Christopher Duffek and Dillon Companies, Inc. d/b/a Baker's Supermarkets' Motion for Enlargement of Time to Disclose Expert Witnesses (Filing No. 82) is granted, as follows: Defendants shall have until September 18, 2005 to disclose expert witnesses. All other deadlines remained unchanged.

    DATED: September 2, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

villalta-order.wpd