IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILFREDO VILLALTA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV386 |
| | ) | |
| v. | ) | |
| | ) | |
| JONATHAN WALLER, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED,

Plaintiff's motion to seal non-expert witness list, filing 86, is granted and the clerk is directed to remove filing number 85 from the public docket sheet and file it as a sealed pleading.

Dated September 7, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge