```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| WILFREDO VILLALTA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV386 |
| | ) | |
| v. | ) | |
| | ) | |
| JONATHAN WALLER, JASON SLOSSON, CHRISTOPHER DUFFEK, DILLON COMPANIES, and CITY OF OMAHA, | ) ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

The defendants Jonathan Waller, Jason Slosson, and City of Omaha have moved to continue the deadline for disclosing the identity of expert witnesses, filing 83. A certificate of service filed by these defendants, filing 95, states that they have served their Disclosure of Expert Witnesses on counsel for the plaintiff and co-defendants.

IT THEREFORE HEREBY IS ORDERED: The motion to continue filed by the defendants Jonathan Waller, Jason Slosson, and City of Omaha, filing 83, is denied as moot.

DATED this 11th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge