IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILFREDO VILLALTA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV386 |
| | ) | |
| v. | ) | |
| | ) | |
| JONATHAN WALLER, JASON SLOSSON, CHRISTOPHER DUFFEK, DILLON COMPANIES, and CITY OF OMAHA, | ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

IT IS ORDERED:

1. The plaintiff's motion to continue, filing 112, and the defendants' motion to continue, filing 110, are granted.

2. The pretrial conference scheduled for October 13, 2005 is continued to a date yet to be determined.

3. On or before October 15, 2005, the parties, either jointly or by unopposed request, shall apprise the court of counsel's availability for re-scheduling this pretrial conference.

DATED this 12th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge