IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILFREDO VILLALTA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV386 |
| | ) | |
| v. | ) | |
| | ) | |
| JONATHAN WALLER, JASON SLOSSON, CHRISTOPHER DUFFEK, DILLON COMPANIES, and CITY OF OMAHA, | ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

IT IS ORDERED:

The pretrial conference will be held November 22, 2005 at 2:30 p.m. before the undersigned magistrate judge in the chambers of the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

DATED this 14th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge