```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| WILFREDO VILLALTA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV386 |
| | ) | |
| v. | ) | |
| | ) | |
| JONATHAN WALLER, JASON | ) | ORDER |
| SLOSSON, CHRISTOPHER DUFFEK, | ) | |
| DILLON COMPANIES, and CITY OF | ) | |
| OMAHA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On the court's own motion,

IT IS ORDERED:

1. As to defendants Dillon Companies, Inc. and Christopher Duffek, their response, if any, to plaintiff's filing 117 motion for sanctions shall be filed on or before 5:00 p.m. on Monday, November 21, 2005.

2. As to all parties, the pretrial conference, previously scheduled for 2:30 p.m., is re-scheduled to begin at **11:00 a.m. on November 22, 2005** before the undersigned magistrate judge in the chambers of the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

DATED this 17th day of November, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge