IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILFREDO VILLALTA, | ) | 8:04CV386 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JONATHAN WALLER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that Defendant City of Omaha's motion to amend the pretrial order (filing 135) is granted.

November 23, 2005.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge