IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILFREDO VILLALTA, | CASE NO: 8:04-CV-386 |
| Plaintiff, | |
| v. | MEMORANDUM AND ORDER |
| JONATHAN WALLER, CHRISTOPHER DUFFEK, JASON SLOSSON, Individually, and DILLON COMPANIES, INC., d/b/a BAKER'S SUPERMARKETS, | |
| Defendants. | |

IT IS ORDERED that Defendants, Dillon Companies, Inc., d/b/a Baker's Supermarkets and Christopher Duffek's Motion to Withdraw (filing no. 172) is granted, and Defendants' Bill of Costs (filing no. 170), is deemed withdrawn.

Dated this 10th day of January, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

Villalta-wpd.doc