IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILFREDO VILLALTA, | CASE NO:  8:04-CV-386 |
| Plaintiff, | |
| v. | **MEMORANDUM AND ORDER** |
| JONATHAN WALLER, CHRISTOPHER DUFFEK, JASON SLOSSON, Individually, and DILLON COMPANIES, INC., d/b/a BAKER'S SUPERMARKETS, | |
| Defendants. | |

IT IS HEREBY ORDERED that the motion by Defendants Jonathan Waller, Jason Slosson, and the City of Omaha to withdraw their previously filed Bill of Costs (Filing No. 173), is granted and Defendants' Bill of Costs (Filing No. 168) is deemed withdrawn.

Dated this 11th day of January, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

Villalta-Other dfs wdraw bill of costs.wpd